FILED
HARRISBURG, PA
JUN 18 2025
PER _____ 
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIM. NO. 1:25-CR-160
:
v. :
: (Judge NEARY)
JOHN PETONYAK, :
Defendant. :

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### 18 U.S.C. §844 (i)
### (Arson)

On or about August 11, 2024, in Cumberland County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

**JOHN PETONYAK,**

maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire, a building and other real and personal property used in interstate and foreign commerce and in activities affecting interstate and foreign commerce, to wit: commercial property to include a restaurant and bar located at 5 S. Court House Ave, Carlisle, Pennsylvania.

All in violation of Title 18, United States Code, Section 844(i).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 2**
18 U.S.C. §844 (i)
(Arson)

On or about August 11, 2024, in Cumberland County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

**JOHN PETONYAK,**

maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire, a building and other real and personal property used in interstate and foreign commerce and in activities affecting interstate and foreign commerce, to wit: a receptacle used by a restaurant located at 203 S. Hanover Street, Carlisle, Pennsylvania.

All in violation of Title 18, United States Code, Section 844(i).

JOHN C. GURGANUS
Acting United States Attorney                TRUE BILL

_____
SCOTT R. FORD                                FOREPERSON
Assistant United States Attorney

                                             ___6/18/2025___
                                             Date

2